# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Realty Enterprises, LLC      :
and Stephen Sudhop,      :
     :
           Appellants    :
     :
         v.          : Nos. 1066 C.D. 2018
     :        1096 C.D. 2018
Marple Township      :

## PER CURIAM

## O R D E R

    **NOW,** this 8th day of July, 2019, it is ordered that the above-captioned Memorandum Opinion, filed May 22, 2019, shall be designated OPINION and shall be REPORTED.